# United States District Court

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 0 8 2006

MATTHEW J. DYKMAN
CLERK

___Judicial___ DISTRICT OF ___New Mexico___

UNITED STATES OF AMERICA
V.

MARQUEZ, John Louis

## CRIMINAL COMPLAINT

CASE NUMBER: 06-4988m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or __about June 6, 2006__ in __Otero__ County, in the __Judicial__ District of __New Mexico__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly possess with intent to distribute a controlled substance, to wit, approximately 44 kilos of marijuana, a Schedule I controlled substance.

in violation of Title __21__ United States Code, __841 (a)(1) and 952__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts: On 06-06-06, at approximately 7:45 A.M., Border Patrol Agent Elias Contreras was working the primary checkpoint area when a 1993 black Nissan pick-up truck bearing TX license plate 55XMD3, and driven by a male later identified as John Louis MARQUEZ entered the checkpoint. Agent Contreras asked MARQUEZ to state his citizenship and MARQUEZ nervously responded that he was a United States citizen. Agent Contreras proceeded to ask routine immigration questions and noticed that MARQUEZ was fidgeting around nervously and continuously glancing at his watch as if he was in a hurry to leave. When asked which location he was going to MARQUEZ could not give a physical address.

***see continuation on page 2***

Continued on the attached sheet and made a part    ☒ Yes ☐ No

S/A Juan Fernandez
Signature of Complainant

Sworn to before me, and subscribed in my presence,

June 8, 2006
Date

at Las Cruces, New Mexico
City and State

U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial

United States of America                                       Criminal Complaint, page 2

       V

MARQUEZ, John Louis

After performing a visual inspection of the vehicle, Agent Contreras noticed that the bed liner of the truck appeared to have been tampered. Based on his observations, Agent Contreras asked for and received consent to inspect the vehicle utilizing a service canine in secondary. Once in secondary, a systematic inspection was conducted by Agent M. Ramirez and his assigned canine Duke.

The canine alerted to the bed of the truck and upon further inspection of the wheel well underneath the bed of the truck, agents noticed a layer of bondo followed by a layer of bundles wrapped in clear plastic. The agents subsequently discovered a false bed compartment on the bed of the vehicle. A total of 88 bundles were retrieved with a total weight of 44.5 kilograms of marijuana. The green leafy substance was field tested and agents obtained a positive result for marijuana.

MARQUEZ currently has an outstanding warrant for Conditions of Release Violation. The warrant remains active, however, no extradition will occur.

*[signature]*
S/A Juan Fernandez

*[signature]*
U.S. Magistrate Judge